UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELFINO MACHADO, | ) | 1:03-CV-6577 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR DISCOVERY |
| | ) | [Doc. #16] |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT |
| JAMES A. YATES, Warden, | ) | OF HABEAS CORPUS |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 2, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 14, 2005, Petitioner filed objections to the Findings and Recommendation.

1 Petitioner also filed a motion for discovery on March 27, 2006.

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
3 *novo* review of the case. Having carefully reviewed the entire file and having considered the
4 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
5 supported by the record and proper analysis, and there is no need to modify the Findings and
6 Recommendations based on the points raised in the objections. In addition, Petitioner's motion for
7 discovery must be denied, because the record before the Court is more than sufficient to render a
8 determination in this matter and the additional documentation Petitioner seeks would be cumulative.

9      Accordingly, IT IS HEREBY ORDERED that:

10     1. The Findings and Recommendation issued March 2, 2006, is ADOPTED IN FULL;

11     2. Petitioner's motion for discovery is DENIED;

12     3. The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE; and

13     4. The Clerk of Court is DIRECTED to enter judgment.

14     IT IS SO ORDERED.

15 **Dated: April 7, 2006**            /s/ Robert E. Coyle
    668554                               UNITED STATES DISTRICT JUDGE