IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO MACHADO,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES,<br><br>　　　　　　Respondent.<br>_____ | No. CV-F-03-6577 REC/LJO HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br>(Doc. 19) |

　　　Petitioner's motion for extension of time to file a notice of appeal from the judgment entered on April 7, 2006 is hereby granted.  Petitioner shall file a notice of appeal no later than June 7, 2006.

IT IS SO ORDERED.

**Dated: May 3, 2006**　　　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE