IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELFINO MACHADO, | ) | NO. CV-F-03-6577 REC/LHO HC |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| | ) | CERTIFICATE OF APPEALABILITY |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JAMES A. YATES, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
|_____| ) | |

     The court hereby declines to issue a certificate of
appealability in connection with the denial of petitioner's
petition for writ of habeas corpus, the court concluding that
petitioner has not made a substantial showing of the denial of a
constitutional right.

     IT IS SO ORDERED.

**Dated:  MAY 22, 2006**              **/s/ Robert E. Coyle**
668554                        UNITED STATES DISTRICT JUDGE