IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO MACHADO, | 1:03-CV-6577 REC LJO HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION (Document #26) |
| JAMES A. YATES, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On June 12, 2006, petitioner filed a motion for appointment of counsel. Inasmuch as judgment was entered on April 7, 2006, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on May 17, 2006, the motion is more properly brought before the Court of Appeals.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   July 10, 2006**             /s/ Lawrence J. O'Neill
23ehd0                                             UNITED STATES MAGISTRATE JUDGE